Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

Orlando Division

Estefania Lopez Allen

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Edward J Maciak.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED — CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL — 2023 AUG -8 PM 2:07

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Estefania Lopez Allen |
| Street Address | 1007 N Hoagland Blvd Apt L |
| City and County | Kissimmee, Osceola County |
| State and Zip Code | Fl 34741 |
| Telephone Number | 407-837-1264 |
| E-mail Address | N/A |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Edward J. Maciak |
| Job or Title *(if known)* | Lawyer |
| Street Address | 1201 6th Ave W Ste 515 |
| City and County | Bradenton, Manatee County |
| State and Zip Code | Fl 34205 |
| Telephone Number | 941-748-7273 |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* Estefania Lopez Allen, is a citizen of the State of *(name)* Florida.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* Edward J. Maciak, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* N/A.

2. If the defendant is a corporation

    The defendant, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A. Or is incorporated under the laws of *(foreign nation)* N/A, and has its principal place of business in *(name)* N/A.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The plaintiff has suffered extreme mental pain and emotional suffering due to the loss of not one but two parent-child relationships due to the negligent representation of the defendant.
The plaintiff has suffered trauma due to her parental rights being violated.
The plaintiff suffered trauma on behalf of her human rights being violated.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* Aug 2020 Aug to 2021, at *(place)* Manatee County Courthouse, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

1. In August 2020, Defendant Edward J. Maciak Signed on case#2020DP000554AX as a public defender.
2. On July 27,2020 Plaintiffs children were taken from plaintiff.
3. Defendant did not avise the plaintiff or the court, that he did not specialize in the area of law needed to defend plaintiff.
( See attachment, for continuation of complaint.)

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
A)The negligence and lack of representation by the defendant, cause the plaintiff to lose custody of her children.
B)The defendant allowed the State to slander and defame the plaintiff in court, the defendant allowed the state to violate her human rights and her parental rights.
C)Defendant failed to submit all certificates of completion of courses, plaintiff had a steady job and a home, there is no reason plaintiff does not have her children.
D)Defendant lacked to send appropriate documents to plaintiff in time to appeal the motion.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
WHEREFORE Plaintiff moves this Honorable Court to enter a judgement of $150,000 agaisnt the defendant, For the extreme and emotional pain and suffering the plaintiff is still experiencing due to the loss of two children-parent relationships, for violating plaintiffs human and parental rights, and together with such other and further relief as this Court may deem just and reasonable under the circumstances.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug. 8th, 2023

UCC I-308 WITHOUT PREJUDICE

Signature of Plaintiff: Estefania Lopez
Printed Name of Plaintiff: Estefania Lopez

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____